IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

---

JEREMY GREY,

    Plaintiff,

v.                                Case No.:  2:21-cv-02814

BEI UNION, LLC,

    Defendant.

---

### NOTICE OF SETTLEMENT

---

    Plaintiff, JEREMY GREY, and Defendant, BEI UNION, LLC, hereby give notice that the parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice.

Respectfully submitted this 20th day of OCTOBER, 2022.

                                          RESPECTFULLY SUBMITTED;

                                          */s/Rebecca J. Hutto*
                                          REBECCA J. HUTTO #39252
                                          Attorney for Plaintiff
                                          208 Adams Avenue
                                          Memphis, Tennessee 38103
                                          (901) 523-1844 – phone
                                          (901) 523-1857 – fax
                                          rebecca@wcwslaw.com

        /s/ Jack F. Heflin_____
JACK F. HEFLIN (Tenn. Disc. No. 34279)
jackheflin@evanspetree.com

    /s/ John J. Heflin_____
JOHN J. HEFLIN (Tenn. Disc. No. 6142)
jheflin@evanspetree.com
EVANS PETREE BOURLAND HEFLIN, PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN  38120
      Telephone: (901) 525-6781

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of OCTOBER, 2022, the foregoing document is being served this day on all counsel of record identified on the Service List set forth below via transmission of electronic mail.

                                                                            */s/ Rebecca J. Hutto*

**SERVICE LIST**

JOHN J. HEFLIN
jheflin@evanspetree.com
JACK F. HEFLIN
jackheflin@evanspetree.com
1715 Aaron Brenner Drive, Suite 800
Memphis, TN  38120