IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**JEREMY GREY,**

    **Plaintiff,**

v.                                          Case No.  2:21-cv-02814

**BEI UNION, LLC,**

    **Defendant.**

STIPULATION OF DISMISSAL

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 1ST day of November, 2022.

                                          By:*/s/Rebecca J. Hutto*
                                            Rebecca J. Hutto, Esq. #39252
                                            Counsel for Plaintiff
                                            **Wampler, Carroll, Wilson & Sanderson PLLC**
                                            (901) 523-1844
                                            luke@wcwslaw.com
                                            rebecca@wcwslaw.com

                                            */s/John J. Heflin*
                                            John J. Heflin #6142
                                            */s/Jack F. Heflin*
                                            Jack F. Heflin #34279
                                            *Attorneys for Defendant*
                                            Evans Petree Bourland Heflin, PC
                                            1715 Aaron Brenner Drive, Suite 800
                                            Memphis, Tennessee 38120

(901) 525-6781
Email:  Jheflin@evanspetree.com
Jackheflin@evanspetree.com